*E-FILED: February 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD DEHERRERA,<br><br>    Plaintiff,<br>  v.<br><br>FORD MOTOR COMPANY; DOE 1 through 10, inclusive,<br><br>    Defendant. | No. C11-02454 HRL<br><br>**ORDER RE-SETTING FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |

The court is informed that defense counsel previously advised of his unavailability for the majority of August 2012, due to a pre-planned vacation. (Dkt. 27). Accordingly, the previously scheduled final pretrial conference and trial dates are re-set as follows:

The final pretrial conference is set for **November 6, 2012, 1:30 p.m.** Jury trial (estimated 3 days) shall begin on **November 13, 2012**. All other deadlines and scheduled appearances remain as previously set.

SO ORDERED.

Dated: February 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02454-HRL Notice has been electronically mailed to:

Brian Kelly Cline     briancline@bickellawfirm.com, dominickingdamo@bickellawfirm.com, ericafitzgerald@bickellawfirm.com, galynholmes@bickellawfirm.com

Kevin J. Tully     kevin@tullylaw.net, angela@tullylaw.net, jeanine@tullylaw.net

Larry Chae     larrychae@bickellawfirm.com, dominickingdamo@bickellawfirm.com, galynholmes@bickellawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.