*E-FILED: April 26, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD DEHERRERA, | No. C11-02454 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| FORD MOTOR COMPANY; DOE 1 through 10, inclusive, | |
| Defendant. | |

Plaintiff advises that this case has settled. Accordingly, all scheduled deadlines and appearances are vacated, and all pending motions will be terminated.

**On or before June 29, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California 95113 on **July 10, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause **no later than July 3, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: April 26, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02454-HRL Notice has been electronically mailed to:

Brian Kelly Cline     briancline@bickellawfirm.com, dominickingdamo@bickellawfirm.com, ericafitzgerald@bickellawfirm.com, galynholmes@bickellawfirm.com

Kevin J. Tully     kevin@tullylaw.net, angela@tullylaw.net, jeanine@tullylaw.net

Larry Chae     larrychae@bickellawfirm.com, dominickingdamo@bickellawfirm.com, galynholmes@bickellawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.